IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE | CASE NO. 1:18-bk-70229 |
| BRUCE DOBBS | CHAPTER 11 |
| Debtor. | JUDGE RITCHEY CRAIG |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that BRUCE DOBBS has filed a Motion to Dismiss Case and related papers with the Court seeking an order dismissing this case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in **Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, at 10:15 a.m. on February 2, 2019.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, 75 Ted Turner Drive, SW, Suite 1340, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: January 7, 2019.

/s/ A. Keith Logue
A. Keith Logue
SBN 456250
ATTORNEY FOR MOVANT

3423 Weymouth Court
Marietta, Georgia 30062
(770) 321-5750

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE | CASE NO. 1:18-bk-70229 |
| BRUCE DOBBS | CHAPTER 11 |
| Debtor. | |

## MOTION TO DISMISS

COMES NOW Bruce Dobbs, Debtor and Debtor-in-Possession, by and through counsel, and files this Motion to Dismiss pursuant to 11 U.S.C. §1112 and in support thereof, respectfully represents:

1. Debtor filed a voluntary petition under Chapter 11 on December 3, 2018.

2. As of the date of filing its Chapter 11 case, Debtor's real property was subject to a non-judicial foreclosure and required the property for a successful reorganization.

3. Subsequently, the Debtor has made arrangements to pay the arrearages and reinstate the mortgage to its secured lender.

4. In addition, Debtor has secured general liability insurance on the property.

5. Debtor has other creditors that are subject to various stages of litigation and are thus contingent and unliquidated.

6. It is in the best interest of the Debtor and creditors that the case be dismissed to permit Debtor to pay the arrearages, reinstate the mortgage, and continue with the various claims to liquidate them.

WHEREFORE, Bruce Dobbs respectfully requests that, after notice and a hearing, the Court enter an Order dismissing Bruce Dobb's Chapter 11 case and granting such other and further relief as is appropriate.

This 7th day of January 2019.

LOGUE LAW, PC

/s/ A. Keith Logue
A. Keith Logue
SBN 456250
3423 Weymouth Court
Marietta, Georgia 30062
(770)321-5750

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE | CASE NO. 1:18-bk-70229 |
| BRUCE DOBBS | CHAPTER 11 |
| Debtor. | |

CERTIFICATE OF SERVICE

I, A. Keith Logue, 3423 Weymouth Court, Marietta, Georgia 30062, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age; that on the 7th day of January 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the Notice of Hearing on Motion to Dismiss and Motion to Dismiss filed in this bankruptcy to: Lindsay P. Kolba, Office of United States Trustee; Kevin D. Fitzpatrick, attorney for Leanne Combs, Denise Weir, Brandy Miller, Shannon Meggs, Cariletta Jones, Alitha Jackson, Ebony Jackson; Lisa Caplan and Bret J. Chaness, attorneys for Select Portfolio Servicing, Inc., and that a copy of the foregoing was sent by regular mail, with adequate postage affixed, to the persons listed on the attached Distribution List.

Executed on: January 7, 2019          By:     /s/ A. Keith Logue
                                              A. Keith Logue
                                              SBN456250

## **DISTRIBUTION LIST**

Bruce Dobbs
4070 Kings Causeway
Ellenwood, GA 30295

Ally Financial
PO Box 13024
Roseville, MN 55113

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd.
5th Floor
Coral Gables, Florida 33146

Blaze Mastercard
PO Box 5097
Sioux Falls, South Dakota 57117

Credit One Bank
PO Box 98873
Las Vegas, Nevada 89193

First National Credit
PO Box 5097
Sioux Falls, South Dakota 57117

GA Department of Revenue
Insolvency
1800 Century Blvd.
Atlanta, Georgia 30345

GA Department of Revenue
Taxpayer Services
PO Box 105499
Atlanta, Georgia 30348

GA Power
2500 Patrick henry Blvd.
McDonough, GA 30253

George Kelly
2759 Delk Road
Marietta, GA 30067

Goosebumps, Inc.
134 Baker Street
Atlanta, Georgia 30308

IRS
Insolvency
Room 400-Stop 334D
401 West Peachtree Street
Atlanta, Georgia 30308

Northern Leasing
419 East Main Street
Suite 102
Middleton, NY 10940