FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2019 FEB -5 PM 2:55

M. REGINA THOMAS
CLERK

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| BRUCE DOBBS, | : | CASE NO.: 18-70229-lrc |
| | : | |
| DEBTOR, | : | |
| | : | JUDGE RITCHEY CRAIG |
| _____ | : | |
| | : | |
| GOOSE BUMPS, INC., | : | |
| | : | |
| MOVANT. | : | |

**RESPONSE IN OPPOSITION TO MOTION TO DISMISS**

Pursuant to the Federal Rules of Bankruptcy Procedure and all applicable law, now comes Goose Bumps, Inc. (the "Movant"), and files this Response in Opposition to Motion to Dismiss outlining its objection to the Motion to Dismiss filed by the Debtor in this matter.

1. The Debtor initiated the instant bankruptcy action on December 3, 2018. [Dkt. 1]

2. Movant is a defendant in an action brought by Debtor against Movant in the Fulton County Magistrate Court (Case Number: 18ED099958, the "Litigation").

1

3. The Litigation was filed on or about November 13, 2018.

4. In the Litigation, the Movant has valid counterclaims against Debtor.

5. The Debtor has refused to deal with Movant in good faith in connection with the Litigation.

6. The Debtor has refused to accept payments from Movant of amounts due, if any, in connection with the Litigation.

7. Upon information and belief, the Debtor has failed to properly include Movant in its list of creditors and/or interested parties in this matter.

8. Movant believes that it needs the assistance of the United States trustee in order to facilitate payment of amounts due, if any, which should benefit other creditors of Debtor.

9. Upon information and belief, the Debtor filed this action in an effort to avoid his obligations to interested parties such as the Movant.

10. Movant disagrees with Debtor that it is in the best interest of the creditors in this matter that the case be dismissed.  Although it may be advantageous to certain creditors, other creditors and interested parties will be left unprotected and Debtor should be required to resolve all matters with creditors and interested parties before having this matter dismissed.

WHEREFORE, Movant respectfully requests that Motion to Dismiss filed in this matter by Debtor be denied.

Respectfully submitted this 5th day of February 2019.

**THE HERNAN LAW FIRM PC**

_____
Jamie B. Hernan, Georgia Bar No. 348555
Attorney for Movant
11050 Crabapple Road, Suite 101A
Roswell, Georgia 30075
Tel: (678) 275-4000 | Fax: (678) 265-4000
Email: jamie@hernanfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| BRUCE DOBBS, | : | CASE NO.: 18-70229-lrc |
| | : | |
| DEBTOR, | : | |
| | : | JUDGE RITCHEY CRAIG |
| | : | |
| _____ | : | |
| | : | |
| GOOSE BUMPS, INC., | : | |
| | : | |
| MOVANT. | : | |

## CERTIFICATE OF SERVICE

NOW COMES MOVANT GOOSE BUMPS, INC., by and through the undersigned counsel, and hereby certifies that it has served a copy of its Response in Opposition to Motion to Dismiss upon Debtor by mailing a copy of such document to counsel for Debtor via US Mail in an envelope with sufficient postage attached thereto and addressed to: A. Keith Logue, 3423 Weymouth Court, Marietta, Georgia 30062.

Respectfully submitted this 5th day of February 2019.

**THE HERNAN LAW FIRM PC**

_/s/ Jamie B. Hernan_

Jamie B. Hernan, Georgia Bar No. 348555, Attorney for Movant
11050 Crabapple Road, Suite 101A, Roswell, Georgia 30075
Tel: (678) 275-4000 | Fax: (678) 265-4000 | Email: jamie@hernanfirm.com

4