**IT IS ORDERED as set forth below:**



Date: February 12, 2019

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN RE | CASE NO. 1:18-bk-70229 |
|---|---|
| BRUCE DOBBS | CHAPTER 11 |
| Debtor. | |

## NOTICE AND ORDER DISMISSING CASE

Upon motion of the Debtor to dismiss his bankruptcy case pursuant to 11 USC §1112, and this matter having come before the Court on February 7, 2019, and after hearing from Debtor's counsel, the U.S. Trustee's counsel and Creditor Goosebumps, Inc.'s counsel, and the Court otherwise being sufficiently advised, it is

**ORDERED** that this case shall stand dismissed twenty-one (21) days from the date of entry of this Order unless any party in interest files an objection to Debtor's Motion to Dismiss.

**FURTHER ORDERED** that if you do not want the Court to dismiss this case, or if you want the Court to consider your views on the Motion, then you or your attorney must file a written objection to the Motion to Dismiss with the Clerk.

If you file a written objection to the Motion, you must attach a certificate stating how, when and to whom you served the response. You must mail or deliver your response to the Clerk, 75 Ted Turner Drive, SW, Suite 1340, Atlanta, Georgia 30303, so that it is received on or before the twenty-first (21st) day after entry of this Order. You must also mail a copy of your response to Debtor's counsel.

**FURTHER ORDERED** that if timely objections are filed to the Motion to Dismiss, the Court will set a hearing to consider such objections.

* * * END OF DOCUMENT * * *

Prepared and presented by:
/s/ A. Keith Logue
A. Keith Logue
SBN 456250
3423 Weymouth Court
Marietta, Georgia 30062
(770)321-5750
*Proposed Attorney for Debtor*

## DISTRIBUTION LIST

Please see Matrix as attached hereto.

**NOTE:** Those individual recipients that are shown as bypassed are represented by Kevin D. Fitzpatrick, Esq. who is listed. Bayview Loan Servicing is represented by Lisa Caplan and Bret Chaness, of which both are listed. Otherwise, all creditors and interested parties are listed.

```
Label Matrix for local noticing          Ally Financial                          Bayview Loan Servicing
113E-1                                   PO Box 130424                           c/o Lisa F. Caplan, Esq.
Case 18-70229-lrc                        Roseville, MN 55113-0004                3145 Avalon Ridge Place, Suite 100
Northern District of Georgia                                                     Peachtree Corners, GA 30071-1570
Atlanta
Fri Feb  8 16:13:34 EST 2019

Bayview Loan Servicing, LLC              Blaze Mastercard                        Lisa F. Caplan
4425 Ponce de Leon Blvd.                 PO Box 5097                             Rubin Lublin, LLC
5th Floor                                Sioux Falls, South Dakota 57117-5097    Suite 100
Coral Gables, Florida 33146-1837                                                 3145 Avalon Ridge Place
                                                                                 Peachtree Corners, GA 30071-1570

Bret J. Chaness                          Credit One Bank                         Department of Treasury
Rubin Lublin, LLC                        PO Box 98873                            Internal Revenue Service
Suite 100                                Las Vegas, Nevada 89193-8873            P.O. Box 7346
3145 Avalon Ridge Place                                                          Philadelphia, PA 19101-7346
Peachtree Corners, GA 30071-1570

Cristina Danielle DiGiannantonio         Bruce Dobbs                             First National Credit
AS Crane LLC                             4070 Kings Causeway                     PO Box 5097
10700 Abbott's Bridge Rd, Suite 170      Ellenwood, GA 30294-1489                Sioux Falls, South Dakota 57117-5097
Duluth, GA 30097-8461

Kevin D. Fitzpatrick                     (p)GEORGIA DEPARTMENT OF REVENUE        GA Power
DeLong Caldwell Bridgers Fitzpatrick     COMPLIANCE DIVISION                     2500 Patrick Henry Pkwy
& Benjamin, LLC                          ARCS BANKRUPTCY                         McDonough, GA 30253-4298
3100 Centennial Tower                    1800 CENTURY BLVD NE SUITE 9100
101 Marietta St., N.W.                   ATLANTA GA 30345-3202
Atlanta, GA 30303-2731

George Kelly                             Goosebumps, Inc.                        Jamie B. Hernan
2759 Delk Road                           134 Baker Street                        11050 Crabapple Road, Suite 101A
Marietta, GA 30067-8847                  Atlanta, Georgia 30308-3333             Roswell, GA 30075-2456

(p)INTERNAL REVENUE SERVICE              Internal Revenue Service                Lindsay P. S. Kolba
CENTRALIZED INSOLVENCY OPERATIONS        P. O. Box 7346                          Office of the U.S. Trustee
PO BOX 7346                              Philadelphia, PA 19101-7346             Suite 362
PHILADELPHIA PA 19101-7346                                                       75 Ted Turner Drive, S.W.
                                                                                 Atlanta, GA 30303-3330

L. Keith Logue                           Northern Leasing                        Secretary of the Treasury
Logue Law, PC                            419 East Main Street                    15th & Pennsylvania Avenue, NW
1423 Weymouth Ct.                        Suite 102</br>                          Washington, DC 20200
Marietta, GA 30062-4286                  Middleton, NY 10940-2552

Select Portfolio Servicing, Inc.         The Bank Of New York Mellon As Trustee For M   U. S. Securities and Exchange Commission
PO Box 65250                             Pass-Through Certificates, Series 2005-8       Office of Reorganization
Salt Lake City, UT 84165-0250            PO Box 619096                                  Suite 900
                                         Dallas TX 75261-9096                           950 East Paces Ferry Road, NE
                                                                                        Atlanta, GA 30326-1382

United States Attorney                   United States Trustee
Northern District of Georgia             362 Richard Russell Federal Building
75 Ted Turner Drive SW, Suite 600        75 Ted Turner Drive, SW
Atlanta GA 30303-3309                    Atlanta, GA 30303-3315
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

GA Department of Revenue  
Insolvency  
1800 Century Blvd.  
Atlanta, Georgia 30345

(d)GA Department of Revenue  
Taxpayer Services  
PO Box 105499  
Atlanta, Georgia 30348

(d)Georgia Department of Revenue  
Central Collections Section  
1800 Century Blvd NE., Suite 9100  
Atlanta, GA 30345

IRS  
Insolvency  
Room 400-Stop 334D  
401 West Peachtree Street  
Atlanta, Georgia 30308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BAYVIEW LOAN SERVICING, LLC

(u)Leanne N. Combs

(u)Goose Bumps, Inc.

(u)Alitha Jackson

(u)Ebony Jackson

(u)Shannon Meggs

(u)Brandy L Miller

(u)SELECT PORTFOLIO SERVICING, INC

(u)Cariletta Smith Jones

(u)The Bank of New York Mellon

(u)Denise O. Weir

End of Label Matrix  
Mailable recipients    28  
Bypassed recipients    11  
Total                  39