**IT IS ORDERED as set forth below:**



Date: February 22, 2019

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

## IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE | CASE NO. 1:18-bk-70229 |
| BRUCE DOBBS | CHAPTER 11 |
| Debtor. | |
| GOOSE BUMPS, INC., | |
| Movant, | |
| v. | |
| BRUCE DOBBS, | |
| Respondent. | |

### ORDER GRANTING RELIEF FROM STAY

This case came before the court on movant's motion for relief from stay on February 7, 2019 at 10:37 a.m. Movants seek to be allowed to continue the litigation of the dispossessory action and counterclaim now asserted in case no. 18ED099958, Magistrate Court of Fulton County. This Court having heard arguments of counsel and from the U.S. Trustee, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion is in all respects granted and relief from the automatic stay is granted with respect to the claims and counterclaims of the parties relating to the property located at 134 Baker Street, Atlanta, Georgia 30303, thus permitting the parties to proceed with the pending Magistrate Court case to judgment and enforcement thereof, without seeking further relief from this court.

### * * * END OF DOCUMENT * * *

Prepared and presented by:
/s/ A. Keith Logue
A. Keith Logue
SBN 456250
3423 Weymouth Court
Marietta, Georgia 30062
(770)321-5750
*Proposed Attorney for Debtor*

**DISTRIBUTION LIST**

Please see Matrix as attached hereto.

**NOTE:** Those individual recipients that are shown as bypassed are represented by Kevin D. Fitzpatrick, Esq. who is listed. Bayview Loan Servicing is represented by Lisa Caplan and Bret Chaness, of which both are listed. Otherwise, all creditors and interested parties are listed.

```
Label Matrix for local noticing        Ally Financial                         Bayview Loan Servicing
113E-1                                  PO Box 130424                         c/o Lisa F. Caplan, Esq.
Case 18-70229-lrc                       Roseville, MN 55113-0004              3145 Avalon Ridge Place, Suite 100
Northern District of Georgia                                                  Peachtree Corners, GA 30071-1570
Atlanta
Wed Feb 20 14:28:46 EST 2019

Bayview Loan Servicing, LLC             Bayview Loan Servicing, LLC           Blaze Mastercard
4425 Ponce de Leon Blvd, 5th Floor      4425 Ponce de Leon Blvd.              PO Box 5097
BK DEPT                                 5th Floor                             Sioux Falls, South Dakota 57117-5097
Coral Gables, FL 33146-1837             Coral Gables, Florida 33146-1837


Lisa F. Caplan                          Bret J. Chaness                       Credit One Bank
Rubin Lublin, LLC                       Rubin Lublin, LLC                     PO Box 98873
Suite 100                               Suite 100                             Las Vegas, Nevada 89193-8873
3145 Avalon Ridge Place                 3145 Avalon Ridge Place
Peachtree Corners, GA 30071-1570        Peachtree Corners, GA 30071-1570


Department of Treasury                  Deutsche Bank National Trust Company  Cristina Danielle DiGiannantonio
Internal Revenue Service                c/o Select Portfolio Servicing, Inc.  RAS Crane LLC
P.O. Box 7346                           P.O. Box 65250                        10700 Abbott's Bridge Rd, Suite 170
Philadelphia, PA 19101-7346             Salt Lake City, UT 84165-0250         Duluth, GA 30097-8461


Bruce Dobbs                             First National Credit                 Kevin D. Fitzpatrick
2070 Kings Causeway                     PO Box 5097                           DeLong Caldwell Bridgers Fitzpatrick
Ellenwood, GA 30294-1489                Sioux Falls, South Dakota 57117-5097   & Benjamin, LLC
                                                                              3100 Centennial Tower
                                                                              101 Marietta St., N.W.
                                                                              Atlanta, GA 30303-2731

(p)GEORGIA DEPARTMENT OF REVENUE        GA Power                              George Kelly
COMPLIANCE DIVISION                     2500 Patrick Henry Pkwy               2759 Delk Road
ARCS BANKRUPTCY                         McDonough, GA 30253-4298              Marietta, GA 30067-8847
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202


Goosebumps, Inc.                        Jamie B. Hernan                       (p)INTERNAL REVENUE SERVICE
134 Baker Street                        11050 Crabapple Road, Suite 101A      CENTRALIZED INSOLVENCY OPERATIONS
Atlanta, Georgia 30308-3333             Roswell, GA 30075-2456                PO BOX 7346
                                                                              PHILADELPHIA PA 19101-7346


Internal Revenue Service                Lindsay P. S. Kolba                   A. Keith Logue
P. O. Box 7346                          Office of the U.S. Trustee            Logue Law, PC
Philadelphia, PA 19101-7346             Suite 362                             3423 Weymouth Ct.
                                        75 Ted Turner Drive, S.W.             Marietta, GA 30062-4286
                                        Atlanta, GA 30303-3330


Northern Leasing                        Secretary of the Treasury             Select Portfolio Servicing, Inc.
119 East Main Street                    15th & Pennsylvania Avenue, NW        PO Box 65250
Suite 102</br>                          Washington, DC 20200                  Salt Lake City, UT 84165-0250
Middleton, NY 10940-2552


Select Portfolio Servicing, Inc.        The Bank Of New York Mellon As Trustee For M  U. S. Securities and Exchange Commission
for Deutsche Bank National Trust Company Pass-Through Certificates, Series 2005-8     Office of Reorganization
P.O. Box 65250                          PO Box 619096                                  Suite 900
Salt Lake City, UT 84165-0250           Dallas TX 75261-9096                           950 East Paces Ferry Road, NE
                                                                                       Atlanta, GA 30326-1382
```

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

GA Department of Revenue
Insolvency
1800 Century Blvd.
Atlanta, Georgia 30345

(d)GA Department of Revenue
Taxpayer Services
PO Box 105499
Atlanta, Georgia 30348

(d)Georgia Department of Revenue
Central Collections Section
1800 Century Blvd NE., Suite 9100
Atlanta, GA 30345

IRS
Insolvency
Room 400-Stop 334D
401 West Peachtree Street
Atlanta, Georgia 30308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BAYVIEW LOAN SERVICING, LLC

(u)Leanne N. Combs

(u)Goose Bumps, Inc.


(u)Alitha Jackson

(u)Ebony Jackson

(u)Shannon Meggs


(u)Brandy L Miller

(u)SELECT PORTFOLIO SERVICING, INC

(u)Cariletta Smith Jones


(u)The Bank of New York Mellon

(u)Denise O. Weir

End of Label Matrix
Mailable recipients    31
Bypassed recipients    11
Total                  42